**ADAM J. FISHBEIN, P.C.**
ATTORNEY AT LAW

735 Central Avenue
Woodmere, New York 11598

Telephone (516) 668-6945
Telecopier (516) 595-1690

October 27, 2021

<u>**VIA ECF**</u>
The Honorable James M. Wicks
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

**RE:**   Ezagui v. RGS
    21 CV 3813 (JMA) (JMW)

Dear Magistrate Judge Wicks:

I represent the plaintiff in the above referenced matter.  Please be advised that the matter has been resolved.  The parties anticipate filing a stipulation of discontinuance within the next forty-five days.  Plaintiff requests that the conference scheduled for November 4, 2021 be adjourned.

Thank you for the Court's consideration of the foregoing.


Yours faithfully,

/s/
Adam J. Fishbein

Cc:  Counsel of Record