UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

**FILED**
**CLERK**
1:10 pm, Dec 15, 2021
**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

ESTHER EZAGUI, on behalf of herself and all others similarly situated consumers

    Plaintiff,

vs.

RGS FINANCIAL, INC.

    Defendant.

Case No.: 2:21-cv-03813

## STIPULATION OF DISMISSAL WITH PREJUDICE

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff voluntarily dismisses, with prejudice, the subject action against Defendant with each party to bear its respective attorneys' fees and costs incurred in this action.

Dated: December 14, 2021

**LIPPES MATHIAS LLP**

| | |
|---|---|
| /s Brendan H. Little | /s Adam J. Fishbein |
| Brendan H. Little, Esq. | Adam J. Fishbein, Esq. |
| Attorneys for Defendant | Attorneys for Plaintiff |
| 50 Fountain Plaza, Suite 1700 | 735 Central Avenue |
| Buffalo, NY 14202 | Woodmere, NY 11598 |
| P: 716-853-5100 | P: 516-668-6945 |
| F: 716-853-5199 | E: fishbeinadamj@gmail.com |
| E: blittle@lippes.com | |

    Case closed.
    SO ORDERED.
    /s/ JMA, USDJ
    12/15/2021

1